WILLIAM C. MORISON (No. 99981)
THOMAS HOLDEN (No. 130277)
MORISON HOLDEN
   DEREWETZKY & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile:  (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DIAMOND PARTNERS, INC., dba THE OTHER BAR; JACQUELINE GODBOUT and ANTHONY GODBOUT, Individually and as Conservators of KENNETH GODBOUT; and ANTHONY GODBOUT as Guardian Ad Litem for the Children of KENNETH GODBOUT,<br><br>    Defendants. | No. 1:10-cv-00100-LJO-SKO<br><br>REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE AND ORDER<br><br>Date: April 22, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom of Hon. Sheila K. Oberto |

    Plaintiff The Burlington Insurance Company ("Burlington") hereby requests that the Court continue the scheduling conference currently scheduled for April 22, 2010 to permit time for defendants Jacqueline Godbout and Anthony Godbout to be personally served with the summons and complaint and make their appearances.

    The complaint was filed in this action on January 21, 2010, and was served on defendant Diamond Partners, Inc., on January 22, 2010. On April 14, 2010, having received no answer or other appearance by Diamond Partners, plaintiff Burlington filed a Request for Entry of Default

- 1 -

1   against Diamond Partners.  Default was entered by the Clerk on April 15, 2010.

2       On February 19, plaintiff's counsel mailed requests for waivers of service, along with a
3   copy of the complaint, to counsel for defendants Jacqueline Godbout and Anthony Godbout.  No
4   response has been received to those requests for waiver of service, so Burlington is now trying to
5   find and personally serve those defendants.

6       At this point, however, none of the defendants have appeared in this matter.  Burlington
7   therefore respectfully requests that the Court continue the Scheduling Conference currently
8   scheduled for April 22, 2010, by approximately 60 days to allow time for the Godbout defendants
9   to be served, to make their appearances, and to participate in the Rule 26(f) Conference of the
10  Parties.

11  Dated:  April 16, 2010                            Respectfully submitted,

12                                                    MORISON HOLDEN DEREWETZKY &
                                                        PROUGH, LLP
13

14
                                                      By:  s/Thomas Holden
15                                                                  Thomas Holden

16                                                    Attorneys for Plaintiff
                                                      THE BURLINGTON
17                                                    INSURANCE COMPANY

18

19

20                                   ORDER

21      IT IS SO ORDERED.  The Scheduling Conference set for April 22, 2010, shall be
22  continued until Wednesday, June 23, 2010, at 9:30 a.m.

23

24  Dated: April 16, 2010

25                                                    /s/ Sheila K. Oberto
                                                      United States Magistrate Judge
26                                                    Sheila K. Oberto

27
    144716
28

MORISON HOLDEN
DEREWETZKY &
PROUGH, LLP

Request for Continuance of Scheduling
Conference And [Proposed] Order

PDF created with pdfFactory trial version www.pdffactory.com