1  WILLIAM C. MORISON (No. 99981)
   THOMAS HOLDEN (No. 130277)
2  MORISON HOLDEN
      DEREWETZKY & PROUGH, LLP
3  1550 Parkside Drive, Third Floor
   Walnut Creek, California 94596
4  Telephone:  (925) 937-9990
   Facsimile:   (925) 937-3272
5
   Attorneys for Plaintiff
6  THE BURLINGTON
   INSURANCE COMPANY
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  THE BURLINGTON INSURANCE          )      No. 1:10-cv-00100-LJO-SKO
    COMPANY,                          )
12                                    )
                                      )      REQUEST FOR CONTINUANCE
13             Plaintiff,             )      OF SCHEDULING CONFERENCE
                                      )      AND TO EXTEND BY TEN DAYS
14  vs.                               )      THE TIME FOR SERVICE OF
                                      )      PROCESS; AND PROPOSED ORDER
15  DIAMOND PARTNERS, INC., dba THE   )
    OTHER BAR; JACQUELINE GODBOUT     )
16  and ANTHONY GODBOUT, Individually )      Date: August 3, 2010
    and as Conservators of KENNETH    )      Time: 9:00 a.m.
17  GODBOUT; and ANTHONY GODBOUT as   )      Place: Courtroom of Hon. Sheila K. Oberto
    Guardian Ad Litem for the Children of )
18  KENNETH GODBOUT,                  )
                                      )
19             Defendants.            )
                                      )
20

21

22        On June 18, the Court issued an order authorizing plaintiff The Burlington Insurance

23  Company to employ service by publication to serve the summons and complaint on defendants

24  Jacqueline Godbout and Anthony Godbout.  Plaintiff's counsel thereafter arranged for service by

25  publication, which commenced on Friday, July 2.

26        The process is continuing, with the fourth and final notice to be published on Friday, July

27  23.  Service will therefore be complete on Friday, July 30. *See Watts v. Crawford*, 10 Cal.4th

28  743, 747 n.4 (1995) (service by publication is complete upon "the conclusion of the fourth week

                                      - 1 -

following the first day of publication").  Defendants will then have 21 days, i.e., until Friday,

August 20, to make their appearances.

Plaintiff therefore requests that the Court continue by approximately six weeks the

Scheduling Conference currently scheduled for August 3, 2010, to allow time for the Godbout

defendants to make their appearances and participate in preparing a joint Scheduling Report.

Specifically, to provide sufficient time after Friday, August 20 for plaintiff and defendants to hold

the Rule 26(f) Conference of the Parties and prepare a joint Scheduling Report for filing seven

days before the Scheduling Conference, plaintiff respectfully requests that the Scheduling

Conference be set for Tuesday, September 14, or the first available date thereafter.

Plaintiff also requests that the time for service to be completed be extended by

approximately 10 days to July 30, as that is the date on which the service by publication pursuant

to the June 18 Order will be complete.

Dated:  July 20, 2010                          Respectfully submitted,

                                               MORISON HOLDEN DEREWETZKY &
                                                  PROUGH, LLP


                                               By:  s/Thomas Holden
                                                        Thomas Holden

                                               Attorneys for Plaintiff
                                               THE BURLINGTON
                                               INSURANCE COMPANY


                                   ORDER

The deadline for service of the summons and complaint is extended to July 30, 2010.  The

Scheduling Conference set for August 3, 2010, shall be continued to September 14, 2010, at 9:30

a.m.


IT IS SO ORDERED.

   Dated:   **July 20, 2010**                        **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

- 2 -

MORISON HOLDEN
DEREWETZKY &
PROUGH, LLP

Request for Continuance of Scheduling
Conference And [Proposed] Order