# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | CASE NO. 1:10-cv-00100 LJO SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY REMAINING DEFENDANTS SHOULD NOT BE DISMISSED** |
| v. | |
| DIAMOND PARTNERS, INC., et al., | |
| Defendants. | |

Plaintiff Burlington Insurance Company ("Plaintiff") filed suit against Defendants Diamond Partners, Inc., Jacqueline Godbout, Anthony Godbout, Anthony and Jacqueline Godbout as conservators of Kenneth Godbout, and Anthony Godbout as guardian ad litem for the children of Kenneth Godbout. Default judgment has been entered as to Diamond Partners, Inc., Jacqueline Godbout, and Anthony Godbout. (Doc. 33.)

Plaintiff has withdrawn its request for default judgment against Jacqueline and Anthony Godbout in their capacities as conservators and guardian ad litem. (Doc. 30 at 1 n.1 ("Burlington withdraws its request for entry of default judgment against the Godbouts as the conservators of Kenneth Godbout, and against Anthony Godbout as Guardian Ad Litem for the Children of Kenneth Godbout.").)

Accordingly, IT IS HEREBY ORDERED THAT:

1. Within 15 days from the date of this order Plaintiff shall show cause why the action should not be dismissed as to Godbouts in their capacities as conservators and guardian ad litem; and

2. If Plaintiff does not file a response to this order, the Court will dismiss these defendants and administratively close the case.

IT IS SO ORDERED.

**Dated:   February 9, 2011**                            /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE