WILLIAM C. MORISON (No. 99981)
THOMAS HOLDEN (No. 130277)
MORISON HOLDEN
    DEREWETZKY & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>DIAMOND PARTNERS, INC., dba THE OTHER BAR; JACQUELINE GODBOUT and ANTHONY GODBOUT, Individually and as Conservators of KENNETH GODBOUT; and ANTHONY GODBOUT as Guardian Ad Litem for the Children of KENNETH GODBOUT,<br><br>    Defendants. | No. 1:10-cv-00100-LJO-SKO<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Date: March 31, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 8 – 6th Floor |

    The Scheduling Conference set for March 31, 2011, shall be continued to June 2, 2011, at 9:30 a.m.

IT IS SO ORDERED.

    Dated: **March 28, 2011**                      **/s/ Sheila K. Oberto**
                                                                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28