WILLIAM C. MORISON (No. 99981)
THOMAS HOLDEN (No. 130277)
MORISON HOLDEN
   DEREWETZKY & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:   (925) 937-3272

Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>DIAMOND PARTNERS, INC., dba THE OTHER BAR, et al.,<br><br>           Defendants. | No. 1:10-cv-00100-LJO-SKO<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>Date: June 2, 2011<br>Time: 9:30 a.m.<br>Place: Courtroom 8 – 6th Floor |

   Pursuant to the request of Plaintiff, The Burlington Insurance Company, the Scheduling Conference set for June 2, 2011, shall be continued to July 14, 2011, at 10:00 a.m.

IT IS SO ORDERED.

   Dated:  **May 27, 2011**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

- 1 -

[Proposed] Order Continuing Scheduling Conference