WILLIAM C. MORISON (No. 99981)
THOMAS HOLDEN (No. 130277)
MORISON HOLDEN
　　DEREWETZKY & PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, California 94596
Telephone:  (925) 937-9990
Facsimile:　 (925) 937-3272
Attorneys for Plaintiff
THE BURLINGTON
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE COMPANY, | No. 1:10-cv-00100-LJO-SKO |
| Plaintiff, | ORDER CONTINUING SCHEDULING CONFERENCE |
| vs. | Date: July 14, 2011 |
| DIAMOND PARTNERS, INC., dba THE OTHER BAR, et al., | Time: 10:00 a.m. |
| | Place: Courtroom 8 – 6th Floor |
| Defendants. | |

On July 7, 2011, the parties filed a "Notice of Settlement and Request for Continuance of Settlement Conference" (Notice).  In the Notice, the parties state that they have negotiated a tentative settlement of this matter, are preparing settlement documents, and anticipate finalizing those documents in the next few weeks.

Accordingly, the Scheduling Conference set for July 14, 2011, shall be continued to August 25, 2011, at 9:45 a.m.

IT IS SO ORDERED.

Dated:  **July 8, 2011**　　　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 -

[Proposed] Order Continuing Scheduling Conference

Morison Holden Derewetzky & Prough, LLP

PDF created with pdfFactory trial version www.pdffactory.com