UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE, COMPANY, | CASE NO. CV F 10-100 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT** |
| vs. | |
| DIAMOND PARTNERS, d.b.a. THE OTHER BAR; et al., | |
| Defendants. | |

The parties have filed a Notice of Settlement indicating that settlement has been reached in this case. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than August 8, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters, including the July 14, 2011 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

**Dated:   July 8, 2011**            /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE