IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BURLINGTON INSURANCE<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND PARTNERS, INC., et al.,<br><br>Defendants.<br>_____/ | CASE NO. CV F 10-0100 LJO SKO<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 57.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES this action with prejudice;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   October 18, 2011**                         /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1